IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ROBERT WAYNE WATSON, #365712      §

VS.      §      CIVIL ACTION NO. 9:05cv190

DIRECTOR, TDCJ-CID      §

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Harry W. McKee. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. The Report recommends dismissing the petition because Petitioner is not eligible for mandatory supervision and consequently does not have a claim for habeas relief based on line class reduction and loss of good time.

Petitioner filed objections to the Report. Petitioner asserts that he is eligible for mandatory supervision. The TDCJ-CID Commitment Inquiry Information sheet shows that Petitioner is not eligible for mandatory supervision. *Response*, 11-2 at 2.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH**

**PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this the **5**   day of **January, 2006.**

Thad Heartfield
United States District Judge